UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| MARVIN D. WALKER, | ) | CASE NO.: C08-1076-RAJ |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | ORDER DISMISSING |
| | ) | § 2254 PETITION |
| RON VAN BOENIING, | ) | |
| | ) | |
| Respondent. | ) | |
| _____ | ) | |

The Court, having reviewed petitioner's petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254, respondent's motion to dismiss, petitioner's response, the Report and Recommendation of the Honorable Mary Alice Theiler, United States Magistrate Judge, any objections thereto, and the balance of the record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation;

(2) Respondent's motion to dismiss (Dkt. No. 9) is GRANTED;

(3) Petitioner's § 2254 petition (Dkt. No. 4) and this action are DISMISSED as untimely; and

(4) The Clerk is directed to send a copy of this Order to petitioner, to counsel for respondent, and to Judge Theiler.

DATED this 15th day of December, 2008.

_____
The Honorable Richard A. Jones
United States District Judge

ORDER DISMISSING § 2254 PETITION
PAGE -2